

Yoav M. Griver
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Attorneys for defendant AIG Marketing, Inc.

08 CV 7112

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVEAL ANALYTICS INC.<br><br>Plaintiff,<br><br>- against -<br><br>AIG MARKETING INCORPORATED<br><br>Defendant. | Case No:  |

### STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)

The undersigned attorneys of record for defendant AIG Marketing, Inc. ("AIGM") certify, upon information and belief, that AIGM is an indirect, wholly-owned subsidiary of American International Group, Inc. ("AIG, Inc."), and that AIG, Inc. is a publicly traded company.

Dated:   August 11, 2008

By: _____
Yoav M. Griver
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
Tel: (212) 223-0400
Fax: (212) 753-0396

Attorneys for AIG Marketing, Inc.