# ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

YOAV M. GRIVER
(212) 826-5338
ygriver@zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960





August 15, 2008

**BY HAND DELIVERY**

Honorable Peter K. Leisure
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Reveal Analytics Inc. v. AIG Marketing, Inc. - 08 CV 7112 (PKL)(KNF)**

Dear Judge Leisure:

       We represent AIG Marketing, Inc. ("AIGM") in the above-captioned matter. We request a thirty day adjournment of the deadline for defendant AIGM to move or answer with respect to the complaint in this action. The extension is necessary because we need to investigate the underlying facts of this matter and speak with AIGM personnel, some of whom are not presently available due to vacation schedules. This is the first request for such an extension.

       The deadline is currently August 18, 2008, based upon AIGM's removal of the action which was filed on August 11, 2008. The new date would be September 17, 2008.

       Counsel for plaintiff, Reveal Analytics Inc. ("Reveal"), would not oppose an extension of thirty days for AIGM to move or answer with respect to the complaint, if the case were still in New York State Supreme Court. He is, however, unwilling to consent to an identical extension in this Court, because he is concerned such consent may compromise his client's ability to seek remand, should he decide to do so.

ZEICHNER ELLMAN & KRAUSE LLP

Honorable Peter K. Leisure
August 15, 2008
Page 2

       In light of the above, AIGM respectfully requests that Your Honor grant the thirty day extension of time to move or answer with respect to the complaint.

Respectfully submitted,

*[signature]*

Yoav M. Griver

YMG/ryc

cc:    Luis R. Trujillo, Esq. (by facsimile)

*[Handwritten note:]* AIGM's request for a 30 day extension of time to move or answer is granted.

8/19/08

ORDERED

*[signature]*

USDJ